UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-162 RHK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | RELEASE OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT |
| JEROME K. KEISER, Defendant. | ) | |

The defendant is deceased and the defendant's liability for monetary imposition in the above-entitled action has, accordingly, ceased pursuant to 18 U.S.C. § 3613(b).

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may release and cancel the monetary judgment of record.

AND, the Recorder for the County of Dakota, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Dakota County, as Document No. 1970154, in the amount of $81,845.90 plus interest.

Dated: August 24, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the Plaintiff

SUBSCRIBED and SWORN to before me this 24th day of August, 2005.

Stacey E Kulevich
NOTARY PUBLIC

STACEY E. KULEVICH
Notary Public
Minnesota
My Commission Expires January 31, 2010